IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 89-322 |
| JAMES COLE | : | |

# ORDER

**AND NOW**, this 8th day of January 2024, following remand from our Court of Appeals (ECF No. 79), considering Defendant's Petition for writ of coram nobis (ECF No. 68), United States' Response (ECF No. 75), Defendant's supplemental Petition for writ of coram nobis following remand (ECF No. 76), United States' supplemental Response (ECF No. 78), and for reasons in today's accompanying Memorandum detailing our findings of no basis to issue a writ of coram nobis after applying our Court of Appeals's five factors, it is **ORDERED** Defendant's Petitions (ECF Nos. 68, 76) are **DENIED**.

_____
**KEARNEY, J.**